COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Steve Nicandros, Luis Giusti, Tyler Nelson and Frontera Resources
                        Corporation v. Zaza Mamulaishvili, individually and derivatively on
                        behalf of Frontera Resources Corporation

Appellate case number:  01-21-00125-CV

Trial court case number: 2021-03816

Trial court:            281st District Court of Harris County

This is an appeal of an order denying a motion to compel arbitration and stay proceedings. Counsel for Appellee Zaza Mamulaishvili filed a motion to withdraw, stating they "ha[ve] been unable to communicate with Mr. Mamulaishvili in a manner consistent with good attorney-client relations." They further state Appellee "has not met his financial obligations under the terms of his engagement letter" and that counsel advised Appellee they would seek to withdraw if Appellee did not "provide [counsel] with the financial resources necessary to continue [Appellee's] representation."

Counsel's motion complies with Texas Rule of Appellate Procedure 6.5 in that they state there are no current deadlines or settings and that they have advised Appellee by email and first class and certified mail to Appellee's last known address of the motion and of Appellee's right to object. *See* TEX. R. APP. P. 6.5(a). Although we held this motion for more than ten days, Appellee did not respond. We **grant** the motion to withdraw.

Counsel must immediately notify Appellee in writing of any deadlines in this appeal that have not been previously disclosed to Appellee and file a copy of this notice with the clerk of this Court within ten days of the date of this order. *See* TEX. R. APP. P. 6.5(c).

It is so ORDERED.


Judge's signature: /s/ Veronica Rivas-Molloy
                        Acting individually


Date:  December 7, 2021